# IN THE SUPREME COURT OF THE STATE OF NEVADA

GODERICK VILLADELGADO,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 84833

**FILED**

JUN 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se "appeal to parole denied." Because no statute or court rule provides for an appeal from an order denying parole, this court lacks jurisdiction to consider this appeal. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Hon. Jacqueline M. Bluth, District Judge
  Goderick Villadelgado
  Attorney General/Carson City
  Clark County District Attorney
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

22-19139